# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | 8:06CV469 |
| IBP, INC., formerly known as IOWA ) | |
| BEEF PROCESSORS, INC., and also ) | ORDER TO SHOW CAUSE |
| known as TYSON FRESH MEATS, ) | |
| INC., and BEEF PRODUCTS, INC., ) | |
| ) | |
| Defendants. ) | |

This case is before the magistrate judge for full pretrial supervision. The court file shows that, on October 12, 2006, the court entered a scheduling order requiring the parties to file a Rule 26(f) planning report by November 16, 2006. As of November 28, 2006, no planning report has been filed and no party has requested a continuance of the Rule 26(f) reporting deadline.

**IT THEREFORE IS ORDERED** that the parties shall file their Rule 26(f) planning report by the close of business on **December 7, 2006**, or show cause **by written affidavit** why they cannot comply with the court's deadline.

**DATED November 28, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**