## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SANDRA HERNANDEZ,** | ) | **CASE NO. 8:06CV469** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **IBP, Inc., and BEEF PRODUCTS, Inc.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Stipulation to Dismiss. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and I find that it should be granted.

IT IS ORDERED:

1. The Stipulation to Dismiss (Filing No. 10) is granted;

2. The Complaint is dismissed without prejudice; and

3. The parties shall pay their own costs and attorney fees.

DATED this 20th day of December, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge